IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 14-23J
)
JOSEPH D. MAURIZIO, JR. )

## ARRAIGNMENT PLEA

Defendant JOSEPH D. MAURIZIO, JR. being arraigned, pleads _Not Guilty_ in open Court this _14_ day of _October_, 2014.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)