IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 3:14 - 23 |
| v. | ) | |
| | ) | JUDGE KIM R. GIBSON |
| JOSEPH D. MAURIZIO, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## CONFERENCE MEMO

Conference:      Initial Status Conference
Before Judge:   Kim R. Gibson on December 12, 2014

Stephanie L. Haines                              Steven P. Passarello
Appearing for United States              Appearing for Defendant

10:10 a.m.                                              10:25 a.m.
Conference Began                              Conference Concluded

DLMB                                                      KS
Law Clerk                                              Court Reporter

     An Initial Status Conference was held with counsel appearing in person. Counsel entered their appearances. The Court noted that both an initial status conference and a pretrial conference were scheduled for this time. The Court explained that the trial in this matter was currently scheduled for the beginning of January.

     Attorney Passarello orally requested a continuance until the March trial term and explained that he would file a motion on the CM/ECF docket. Attorney Passarello noted that the Defendant understands that the continuance would be excludable delay under the Speedy Trial Act. Attorney Haines stated that the Government did not object to the motion for a continuance. The Court explained that it would grant the motion, and issue an order after the motion has been filed by Defendant's counsel.

     The Court then asked counsel to provide a summary of how the case is moving forward. Attorney Passarello explained that the docket contains two currently pending motions: a motion to sever and a motion in limine, to which the Government has not yet filed responses. Attorney Passarello also noted that the Defendant intends to call seven Honduran witnesses and that Defendant's counsel was beginning to work on the logistics of travel and housing for those witnesses at the time of trial. Finally, Attorney Passarello noted that the Government had

previously indicated that additional charges might be filed, which may impact the pending trial. The Court explained that it would monitor the docket and would schedule additional conferences, if necessary, to discuss any of these matters raised by the Defendant.

When there were no further issues to discuss, the Court ended the conference.