IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 14-23 J |
| ) | |
| JOSEPH D. MAURIZIO, JR.   ) | |

### ARRAIGNMENT PLEA

Defendant JOSEPH D. MAURIZIO, JR. being arraigned, pleads _Not Guilty_ in open Court this _22nd_ day of _April_, 2015.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)