## NOTICE TO DOCKET CLERK OF TRIAL

**Date:** September 10, 2015

**From:** Stephanie Savino, (law clerk)/ courtroom deputy to Judge Gibson

**Case Caption:** USA v. Maurizio

**Civil / Criminal Action No:** 3:14-CR-23

### I. Trial Dates
1. (✓) Jury trial *began* on September 8, 2015
   ( ) Non-jury trial *began* on _____

2. (✗) Jury trial *continued* on September 10, 2015
   ( ) Non-jury trial *continued* on _____

3. ( ) Jury trial *concluded* on _____
   ( ) Non-jury trial *concluded* on _____

### II. Motions
1. ( ) Written
   ( ) Oral
   Motion for judgment *as a matter of law* was made by: _____
   Motion for judgment *as a matter of law* was made on: _____
   **Adjudication:** _____

2. ( ) Written
   ( ) Oral
   Motion *in limine* for: _____
   Motion *in limine* was made by: _____
   Motion *in limine* was made on: _____
   **Adjudication:** _____

3. ( ) Written
   ( ) Oral
   *Motion:* _____
   *Motion* was made by: _____
   *Motion* was made on: _____
   **Adjudication:** _____

### III. Time in Court
Court opened: 9:35 am    Recesses: 11:35 am to 1:15 pm    1:58 pm to 2:04 pm
Court closed: 5:08 pm              2:27 pm to 2:52 pm    _____ to _____
                                    _____ to _____    _____ to _____

Total time in Court: 6 hours 12 minutes