## NOTICE TO DOCKET CLERK OF TRIAL

**Date:** 9-11-2015

**From:** Stephanie Savino (,law clerk / courtroom deputy to Judge Gibson

**Case Caption:** 14-CR-23 – USA v. Maurizio

**Civil / Criminal Action No:** 14-CR-23

**I.  Trial Dates**

1.  ( ✓ )  Jury trial *began* on ___September 8, 2015___
           Non-jury trial *began* on _____

2.  ( )  Jury trial *continued* on _____
           Non-jury trial *continued* on _____

3.  ( )  Jury trial *concluded* on _____
           Non-jury trial *concluded* on _____

**II.  Motions**

1.  ( )  **Written**
    ( )  **Oral**
    Motion for judgment *as a matter of law* was <u>made by</u>:
    _____
    Motion for judgment *as a matter of law* was <u>made on</u>: _____

    **Adjudication:** _____

2.  ( )  **Written**
    ( )  **Oral**
    Motion *in limine* for: _____
    Motion *in limine* was <u>made by</u>: _____
    Motion *in limine* was <u>made on</u>: _____

    **Adjudication:** _____

3.  ( )  **Written**
    ( )  **Oral**
    *Motion:* _____
    *Motion* was <u>made by</u>: _____
    *Motion* was <u>made on</u>: _____

    **Adjudication:** _____

**III.  Time in Court**

Court opened: 9:20 am   Recesses: 10:35 am to 11:20 am   12:30 pm to 1:30 pm
Court closed: 5:55 pm   _____ to _____   2:50 pm to 3:20 pm
                        4:25 pm to 4:55 pm   _____ to _____

Total time in Court: 5 hours 50 minutes