## NOTICE TO DOCKET CLERK OF TRIAL

**Date:** September 14, 2015

**From:** Stephanie Savino (law clerk / courtroom deputy to Judge Gibson

**Case Caption:** USA v. Maurizio

**Civil / Criminal Action No:** 14-CR-23

**I.    Trial Dates**

1.    ( ✓ )    Jury trial *began* on September 8, 2015
              Non-jury trial *began* on _____

2.    ( )    Jury trial *continued* on _____
            Non-jury trial *continued* on _____

3.    ( )    Jury trial *concluded* on _____
            Non-jury trial *concluded* on _____

**II.    Motions**

1.    ( )    Written
      ( )    Oral
             Motion for judgment *as a matter of law* was <u>made by</u>:
             _____
             Motion for judgment *as a matter of law* was <u>made on</u>: _____

             Adjudication: _____

2.    ( )    Written
      ( )    Oral
             Motion *in limine* for: _____
             Motion *in limine* was <u>made by</u>: _____
             Motion *in limine* was <u>made on</u>: _____

             Adjudication: _____

3.    ( )    Written
      ( )    Oral
             *Motion*: _____
             *Motion* was <u>made by</u>: _____
             *Motion* was <u>made on</u>: _____

             Adjudication: _____

**III.    Time in Court**

Court opened: 9:00am   Recesses: 10:30am to 10:55am   12:30pm to 1:30pm
Court closed: ~~4:25pm~~   2:45pm to 3:10pm   to
            4:50pm   to   to

Total Time in Court: ~~5 hours 35 minutes~~

6 hours