## **NOTICE TO DOCKET CLERK OF TRIAL**

Date: September 17, 2015

From: Allison Midei        (law clerk) / courtroom deputy to Judge Gibson

Case Caption: USA v. Maurizio

Civil / Criminal Action No: 14-CR-23

I. **Trial Dates**
   1. (✓) Jury trial *began* on September 8, 2015
      ( ) Non-jury trial *began* on _____

   2. ( ) Jury trial *continued* on _____
      ( ) Non-jury trial *continued* on _____

   3. ( ) Jury trial *concluded* on _____
      ( ) Non-jury trial *concluded* on _____

II. **Motions**
   1. ( ) Written
      ( ) Oral
      Motion for judgment *as a matter of law* was made by: _____

      Motion for judgment *as a matter of law* was made on: _____

      Adjudication: _____

   2. ( ) Written
      ( ) Oral
      Motion *in limine* for: _____
      Motion *in limine* was made by: _____
      Motion *in limine* was made on: _____

      Adjudication: _____

   3. ( ) Written
      ( ) Oral
      *Motion*: _____
      *Motion* was made by: _____
      *Motion* was made on: _____

      Adjudication: _____

III. **Time in Court**
   Court opened: 1:34    Recesses: ___ to ___    ___ to ___
   Court closed: 3:39              ___ to ___    ___ to ___
                                   ___ to ___

   Total time in Court: 2 hrs, 5 mins