## NOTICE TO DOCKET CLERK OF TRIAL

**Date:** September 18, 2015

**From:** Stephanie Savino   (law clerk)/ courtroom deputy to Judge Gibson

**Case Caption:** USA v. Maurizio

**Civil / Criminal Action No:** 14-CR-23

**I.   Trial Dates**

   1.   (✓)   Jury trial *began* on ___September 8, 2015___
                Non-jury trial *began* on _____

   2.   (  )   Jury trial *continued* on _____
                Non-jury trial *continued* on _____

   3.   (  )   Jury trial *concluded* on _____
                Non-jury trial *concluded* on _____

**II.   Motions**

   1.   (  )   Written
       (  )   Oral
            Motion for judgment *as a matter of law* was <u>made by</u>:

            Motion for judgment *as a matter of law* was <u>made on</u>:_____

            **Adjudication**:_____

   2.   (  )   Written
       (  )   Oral
            Motion *in limine* for:_____
            Motion *in limine* was <u>made by</u>:_____
            Motion *in limine* was <u>made on</u>:_____

            **Adjudication**:_____

   3.   (  )   Written
       (  )   Oral
            *Motion*:_____
            *Motion* was <u>made by</u>:_____
            *Motion* was <u>made on</u>:_____

            **Adjudication**:_____

**III.   Time in Court**

       Court opened: 9:00am   Recesses: 10:30am to 10:50am   11:35am to 1:05 pm
       Court closed: 5:10pm   ~~12:00pm~~ to _____   1:45pm to 4:10pm
                               to _____   to _____

   Total time in Court: 4 hours 55 minutes