**NOTICE TO DOCKET CLERK OF TRIAL**

Date: September 21, 2015

From: Stephanie Saving, (law clerk)/ courtroom deputy to Judge Gibson

Case Caption: USA v. Maurizio

Civil / Criminal Action No: 14-CR-23

**I. Trial Dates**
1. (✓) Jury trial *began* on September 8, 2015
   Non-jury trial *began* on _____
2. ( ) Jury trial *continued* on _____
   Non-jury trial *continued* on _____
3. ( ) Jury trial *concluded* on _____
   Non-jury trial *concluded* on _____

**II. Motions**
1. ( ) Written
   ( ) Oral
   Motion for judgment *as a matter of law* was made by: _____
   
   Motion for judgment *as a matter of law* was made on: _____
   
   Adjudication: _____

2. ( ) Written
   ( ) Oral
   Motion *in limine* for: _____
   Motion *in limine* was made by: _____
   Motion *in limine* was made on: _____
   
   Adjudication: _____

3. ( ) Written
   ( ) Oral
   Motion: _____
   Motion was made by: _____
   Motion was made on: _____
   
   Adjudication: _____

**III. Time in Court**
Court opened: 8:50am   Recesses: 9:05am to 9:25am   11:50am to 1:05pm
Court closed: 8:28pm   ~~2:50 2:55~~ to _____   2:35 pm to 3:08 pm
                      3:09 pm to 8:08 pm   8:14 pm to 8:20 pm

Total time in Court: 4 hours 7 minutes