## NOTICE TO DOCKET CLERK OF TRIAL

**Date:** _September 22, 2015_

**From:** _Stephanie Savino_ ,**(law clerk) courtroom deputy to Judge Gibson**

**Case Caption:** _USA v. Maurizio_

**Civil / Criminal Action No:** _14-CR-23_

**I.** **Trial Dates**
1. ( ✓ ) Jury trial *began* on _September 8, 2015_
   Non-jury trial *began* on _____

2. ( ) Jury trial *continued* on _____
   Non-jury trial *continued* on _____

3. ( ✓ ) Jury trial *concluded* on _September 22, 2015_
   Non-jury trial *concluded* on _____

**II.** **Motions**
1. ( ) Written
   ( ) Oral
   Motion for judgment *as a matter of law* was <u>made by</u>:

   Motion for judgment *as a matter of law* was <u>made on</u>: _____

   Adjudication: _____

2. ( ) Written
   ( ) Oral
   Motion *in limine* for: _____
   Motion *in limine* was <u>made by</u>: _____
   Motion *in limine* was <u>made on</u>: _____

   Adjudication: _____

3. ( ) Written
   ( ) Oral
   Motion: _____
   Motion was <u>made by</u>: _____
   Motion was <u>made on</u>: _____

   Adjudication: _____

**III.** **Time in Court**
Court opened: _9:00 am_  Recesses: _9:02am_ to _11:10am_   _11:15am_ to _4:12 pm_
Court closed: _4:25 pm_ ____ to ____   ____ to ____
 ____ to ____   ____ to ____

Total time in Court: _20 minutes_