9-21-2015

When will the evidence be moved into the Jury room?

*[signature]*