Is there any way we can have a white board or a chalk Board. To use while in the room.

*Kyle Ellwood*

9/21/15
5:00 p.m.
provided one.

Judge Gibson informed the parties of this question by teleconference at ~~5:00pm~~.
5:05 pm.