Can we recess for the night?
Kyle Elbow  Don't feel will can finish today.

7:55 P.M.
9/21/15