Are the dates correct for Counts 4 & 5?

*Kyle Ellery*

10:50 a.m.
9/22/15