# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

JOSEPH D. MAURIZIO, JR.

CR No. 14-23J

Time for Selection: Begins: —

Ends:
Date: September 8, 2015, Sept. 9, Sept. 10

| NO. | NAME OF JUROR | | NO. | NAME OF JUROR | |
|---|---|---|---|---|---|
| 1 | Sease, Mark T | CP | 20 | Truszka, Deane W. | CP |
| 2 | Mikula, Darrin J. | PP | 21 | Frankovich, Catherine K. | J |
| 3 | Ruckinger, Karen L. | PD | 22 | Johnstone, Karen L. | CP |
| 4 | Robson, Susan P. | CP | 23 | Rosenbaum, Gloria J. | CP |
| 5 | Kirkham, Korry D. | CP | 24 | Chicola, Randall A. | CP |
| 6 | Ickes, Donna J. | PD | 25 | Krug, Mark R. | CP |
| 7 | Thorp, David J. | PD | 26 | Jozwiak, Melissa A. | J |
| 8 | Garber, Joanne M. | PP | 27 | Snyder, Paul M. | CP |
| 9 | Gartena, Elizabeth K. | PP | 28 | White, Sharon L. | PD |
| 10 | Watson, Vicky M. | PD | 29 | Wilkins, Pegsy J. | PD |
| 11 | Hoover, Donald J. | J | 30 | Dean, Loretta | CP |
| 12 | Dibert, Dean E. | CP | 31 | Miller, Gary L. | CP |
| 13 | Pearce, Deborah A. | CP | 32 | Taylor, Valerie J. | CP |
| 14 | Cratty, Melissa S | CP | 33 | Smith, Luann | PD |
| 15 | Tew, Ronald M. | CP | 34 | Hussain, Svetlana | CP |
| 16 | Ellingson, Kyle D. | J | 35 | Schirf, James J. | CP |
| 17 | Michaels, Ryan N. | J | 36 | Felton, Donna P. | CP |
| 18 | Noel, Joseph J. | CP | 37 | Free, Jason L. | J |
| 19 | Mazoff, Anthony R. | CP | 38 | Walters, Chelsey D | J |

ALTERNATE JURORS

| 39 | Vivian, Linda E. | CP | 44 | Walters, Christian J. | CP |
| 40 | Bumbarger, Douglas R | CP | 45 | Piccardo, Dana W. | PD |
| 41 | Adams, Steven T. | CP | 46 | Rader, Susan D | CP |
| 42 | Grebe, Virginia L. | CP | 47 | Custer, Kathleen A | CP |
| 43 | Wojtaszek, Mary Ann | J | 48 | Ripple, Robert L, Jr. | CP |

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

JOSEPH D. MAURIZIO, JR.

CR No. 14-23J

Time for Selection: Begins:

Ends:

Date: September 8, 2015

| NO. | NAME OF JUROR | | NO. | NAME OF JUROR | |
|---|---|---|---|---|---|
| 49 | Miller, Brett J. | CP | 68 | Lacovic, Lawrence L. | CP |
| 50 | Leech, Jennifer M. | PD | 69 | Woodrow, Lyle X., Jr. | CP |
| 51 | Vautar, Cheryl A. | CP | 70 | Reed, Julia K. | PD |
| 52 | Nedrow, Nicole A. | CP | 71 | Wiest, Emily Lohr | J |
| 53 | McQuade, John R. | CP | 72 | Wolf, Joshua D. | J |
| 54 | Kendall, Donna J. | CP | 73 | Dom, Florence A. | PP |
| 55 | Granville, Ryan M. | J | 74 | Widmann, Jacolyn G. | CP |
| 56 | Kenworthy, Richard A. | CP | 75 | Fornwalt, Charles J. | J |
| 57 | Campbell, Deborah A. | CP | 76 | McGinley, Jean A. | CP |
| 58 | Lohr, David W. | CP | 77 | Myers, Elizabeth | CP |
| 59 | Hanyok, Richard J. | CP | 78 | Lazauskas, Robert K. | CP |
| 60 | Easter, Sheila | CP | 79 | Benson, DerRhonda G. | CP |
| 61 | Smith, Lilli M. | CP | 80 | Politi, Kaitlyn E. | CP |
| 62 | Mullenax, Patricia O. | CP | 81 | Harris, Robert E. | A |
| 63 | Johnson, Vincent A. | CP | 82 | Fleetwood, Sara E. | A |
| 64 | Wilson, Frank J. | PP | 83 | Weimer, Pamela S. | D-ALT 2 |
| 65 | Brennan-Ehgartner, Helen | CP | 84 | Wolbert, Benjamin L. | CP |
| 66 | Brumbaugh, Judith A. | CP | 85 | Fox, John M. III | CP |
| 67 | Stankovich, Donna L. | CP | 86 | Maul, Matthew J. | CP |

**ALTERNATE JURORS**

| 87 | Blasko, James P. | CP | 92 | Rader, Ralph W. | CP |
|---|---|---|---|---|---|
| 88 | Amato, Michael R. | P-ALT-1 | 93 | Miller, Ruby M. | CP |
| 89 | McCready, Mary Jane | A | 94 | Weakland, Joseph F. | PP |
| 90 | Keller, Stephen B., Jr. | D-ALT 1 | 95 | Golanka, Joseph P. | CP |
| 91 | Natishik, John | P-ALT-2 | 96 | Korabaugh, Ray A. | CP |

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

JOSEPH D. MAURIZIO, JR.

CR No. 14-23J

Time for Selection: Begins:

Ends:

Date: September 8, 2015

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| (16) 97 | Lohr, Jennifer R. — A | 20 | |
| 98 | Hershberger, Amber M. — NU | 21 | |
| 99 | Zerbee, Lori A. — CP | 22 | |
| 100 | Morris, Donald E. — CP | 23 | |
| 101 | Wilson, Randall J. — NU | 24 | |
| 102 | Klinger, Diana L. — CP | 25 | |
| 103 | Folk, Ronda M. — CP | 26 | |
| 104 | Weyant, Carolyn M. — NU | 27 | |
| 105 | Horton, Fevn Jr. — CP | 28 | |
| 106 | Poorman, Adam G. — CP | | |
| 107 | Gray, Charles M. — CP | | |
| 108 | Corcino, Stephanie L. — CP | | |
| 109 | Schmidt, Barbara A. — NU | | |
| 110 | Belm, Eric M. — CP | | |
| 111 | Niton, Stanley Jr. — NU | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

## ALTERNATE JURORS

| 1 | | 6 | |
|---|---|---|---|
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | | |
| 5 | | | |

## CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Criminal Number | 14-23J | Case closed | N/A ~~September 22, 2015~~ |
| Caption | U.S.A. v. MAURIZIO | Judge Charges Jury | September 21, 2015 |
| Before Judge | KIM R. GIBSON | Jury Retires | September 21, 2015 |
| Appears for U.S.A. | STEPHANIE L. HAINES | Verdict | September 22, 2015 |
| | AMY LARSON | | |
| Appears for Deft. | STEVEN P. PASSARELLO | | |

| | | |
|---|---|---|
| U.S.A. opens | September 10, 2015 | |
| U.S.A. rest | September 16, 2015 | |
| U.S.A. close | September 21, 2015 | |
| Deft. opens | September 17, 2015 | |
| Deft. rest | September 18, 2015 | |
| Deft. close | September 21, 2015 | |

| | |
|---|---|
| Bailiff in Charge/Law Clerk | Stephanie Savino |
| Court Reporter | Kimberly Spangler |
| Deputy Clerk | Debra Gorgone |

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| Trial Opens | September 8, | 2015 |
| Continues | September 9, | 2015 |
| Continues | September 10, | 2015 |
| Continues | September 11, | 2015 |
| Continues | September 14, | 2015 |
| Continues | September 15, | 2015 |
| Continues | September 16, | 2015 |
| Continues | September 17, | 2015 |
| Continues | September 18, | 2015 |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Continues | | 20___ |
| Trial closed | September 21, | 2015 |
| Verdict | September 22, | 2015 |