≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

JOSEPH D. MAURIZIO, JR.

**EXHIBIT AND WITNESS LIST**

Case Number: CR 14-23J

| PRESIDING JUDGE<br>KIM R. GIBSON | PLAINTIFF'S ATTORNEY<br>Stephanie Haines; Amy Larson | DEFENDANT'S ATTORNEY<br>Steven Passarello |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER<br>Kimberly Spangler | COURTROOM DEPUTY — Debra Gorgone<br>Law Clerk - Stephanie Savino |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9-10-15 | 1 | ✓ | Picture - Las Flores Building |
| 2 | | — | 2 | ✓ | Picture - La Montana |
| 3 | | — | 3 | ✓ | Picture - La Montana Stairs from Above |
| 4 | | — | 4 | ✓ | Picture - La Montana Stairs from Above |
| 5 | | — | 5 | ✓ | Picture - Maurizio (on stairs from below) |
| 6 | | — | 6 | ✓ | Picture - Laura Long |
| 7 | | — | 7 | ✓ | Picture - La Montana Chapel (front) |
| 8 | | — | 8 | ✓ | Picture - La Montana Chapel (rear) |
| 9 | | — | 9 | ✓ | Picture - La Montana Chapel (rear #2) |
| 10 | | — | 10 | ✓ | Picture - International House at La Montana |
| 14 | | — | 14 | ✓ | Picture - Ludin & Maurizio |
| 12 | | — | 12 | ✓ | Picture - Otoniel |
| 13 | | — | 13 | ✓ | Picture - Erick |
| 15 | | — | 15 | ✓ | Picture - Luis (green t-shirt) |
| 16 | | — | 16 | ✓ | Picture - Fredis |
| 17 | | — | 17 | ✓ | Picture - Laura Long |
| | | | | | Laura Long as witness #1 for Govt - 9-10-15 — exhibits 1-17 used |
| 18 | | — | 18 | ✓ | Picture - Rectory (front/side) |
| 19 | | — | 19 | ✓ | Picture - Rectory (side) |
| 20 | | — | 20 | ✓ | Picture - Rectory (door) |
| 21 | | — | 21 | ✓ | Picture - Maurizio passport on bed stand |
| 22 | | — | 22 | ✓ | Picture - Maurizio's passports #2 and #3 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 12 Pages

→ Kimberly Knapp - as witness #2 for Govt - 9-10-15 (no exhibits used)

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Joseph D. Maurizio, Jr. | | CASE NO. CR 14-23J |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | — | 23 | ✓ | Picture - photo albums (on bookshelf) |
| 24 | | — | 24 | ✓ | Picture - photo albums (Honduras albums) |
| 25 | | — | 25 | ✓ | Picture - Rectory office |
| 26 | | — | 26 | ✓ | Picture - Rectory office #2 |
| 27 | | — | 27 | ✓ | Picture - Rectory office #3 (Maurizio office) |
| 28 | | — | 28 | ✓ | Picture - Rectory office #3 (close up of laptop) |
| 29 | | — | 29 | ✓ | Picture - luggage in 2nd floor Hallway |
| 30 | | — | 30 | ✓ | Maurizio Passport #1 |
| 31 | | — | 31 | ✓ | Maurizio Passport #2 |
| 32 | | — | 32 | ✓ | Maurizio Passport #3 |
| 33 | | — | 33 | ✓ | Dell Desktop Computer |
| 34 | | — | 34 | ✓ | Western Digital Hard Drive |
| 37 | | — | 37 | ✓ | CD-R titled Honduras Pictures Disc 2 |
| 38 | | — | 38 | ✓ | Picture - Otoniel on bus |
| 39 | | — | 39 | ✓ | Picture - Otoniel laying on bus |
| 35 | | 9-11-15 | 35 | ✓ | Hardcopy - receipts for mission trip March '07 |
| 36 | | — | 36 | ✓ | Hardcopy - detailing cash taken to and returned from Honduras |
| 40 | | — | 40 | ✓ | Folder Structure screenshot |
| 41 | | — | 41 | ✓ | Picture - Children in swimming hole |
| 42 | | — | 42 | ✓ | Picture - Children in swimming hole #2 |
| 43 | | — | 43 | ✓ | Picture - Children in swimming hole #3 |
| 44 | | — | 44 | ✓ | Picture - Children in swimming hole #4 |
| 45 | | — | 45 | ✓ | Picture - Boy taking bath in plastic drum |
| 46 | | — | 46 | ✓ | Picture - Boy taking bath in plastic drum #2 |
| 47 | | — | 47 | ✓ | Folder structure screenshot |
| 48 | | — | 48 | ✓ | Picture - Maurizio holding Otoniel |
| 49 | | — | 49 | ✓ | Folder Structure screenshot |

Page 2 of 12 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Joseph D. Maurizio, Jr. | | CASE NO. CR 14-23J |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | 9-11-15 | 50 | ✓ | Picture - Fredis |
| 51 | | | 51 | ✓ | Picture - Maurizio Mission Group |
| 52 | | | 52 | ✓ | Folder Structure Screenshot |
| 53 | | | 53 | ✓ | Picture - Otoniel with Shawn Sheridan |
| 54 | | | 54 | ✓ | Folder Structure Screenshot |
| 55 | | | 55 | ✓ | Picture - Gloria and Kevin's House (bedroom) |
| 56 | | | 56 | ✓ | Picture - Gloria and Kevin's House (from entry way) |
| 57 | | | 57 | ✓ | Picture - Shawn Sheridan |
| 58 | | | 58 | ✓ | Picture - Shawn Sheridan and Rick Buxler |
| 59 | | | 59 | ✓ | Picture - Maurizio and Erick |
| 60 | | | 60 | ✓ | Folder Structure Screenshot |
| 61 | | | 61 | ✓ | Picture - Maurizio and Otoniel |
| 62 | | | 62 | ✓ | Picture - Maurizio and Ludin |
| 63 | | | 63 | ✓ | Picture - Ludin (red t-shirt) |
| 64 | | | 64 | ✓ | Folder Structure Screenshot |
| 65 | | | 65 | ✓ | Picture - Ludin (gray shirt) |
| 66 | | | 66 | ✓ | Picture - International House at La Montana |
| 67 | | | 67 | ✓ | Picture - Chapel at La Montana |
| 68 | | | 68 | ✓ | Folder Structure Screenshot |
| 69 | | | 69 | ✓ | Picture - Maurizio at Foundation Welcome Sign |
| 70 | | | 70 | ✓ | Picture - Ludin at beach |
| 71 | | | 71 | ✓ | Picture - boy laying on beach |
| 72 | | | 72 | ✓ | Picture - boy laying on beach |
| 73 | | | 73 | ✓ | Picture - Ludin at beach |
| 74 | | | 74 | ✓ | Picture - Fredis at beach |
| 75 | | | 75 | ✓ | Picture - Fredis at beach |
| 76 | | | 76 | ✓ | Picture - Otoniel at beach |

Page 3 of 12 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | vs. | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 77 | | 9-11-15 | 77 | ✓ | Folder Structure Screenshot |
| 78 | | | 78 | ✓ | Picture - Ludin (orange t-shirt - flexing) |
| 79 | | | 79 | ✓ | Picture - Ludin (orange t-shirt close up) |
| 80 | | | 80 | ✓ | Picture - Ludin (orange t-shirt close up) |
| 81 | | | 81 | ✓ | Picture - Chapel at La Montana |
| 82 | | | 82 | ✓ | Picture - Chapel at La Montana |
| 83 | | | 83 | ✓ | Picture - International House (front) |
| 84 | | | 84 | ✓ | Picture - International House (side) |
| 85 | | | 85 | ✓ | Picture - Stairs and water tank |
| 86 | | | 86 | ✓ | Picture - Boy in towel holding pants |
| 87 | | | 87 | ✓ | Folder Structure Screenshot |
| 88 | | | 88 | ✓ | Picture - ProNino Children on stairs |
| 89 | | | 89 | ✓ | Picture - ProNino Children in dormitory |
| 90 | | | 90 | ✓ | Picture - Luis Enrique and Erick |
| 91 | | | 91 | ✓ | Picture - Otoniel (pulling polo shirt up) |
| 92 | | | 92 | ✓ | Picture - Luis Enrique, Erick, and Martin |
| 93 | | | 93 | ✓ | Picture - Otoniel (polo shirt) |
| 94 | | | 94 | ✓ | Picture - Erick (green t-shirt) |
| 95 | | | 95 | ✓ | Picture - Martin (blue t-shirt) |
| 96 | | | 96 | ✓ | Picture - Luis Enrique (green t-shirt) |
| 97 | | | 97 | ✓ | Picture - Erick (green t-shirt) |
| 98 | | | 98 | ✓ | Picture - Martin (camo pants) |
| 99 | | | 99 | ✓ | Picture - Boy (white undershirt) |
| 100 | | | 100 | ✓ | Picture - Boy (red t-shirt) |
| 101 | | | 101 | ✓ | Picture - Boy (red t-shirt in shower) |
| 102 | | | 102 | ✓ | Picture - Boy (blue pants with zipper down) |
| 103 | | | 103 | ✓ | Folder Structure Screenshot |

Page 4 of 12 Pages

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | United States of America | vs. | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J |
| 104 | | 9-11-15 | 104 | ✓ | Picture - Otoniel (blue polo) |
| 105 | | - | 105 | ✓ | Folder Structure Screenshot |
| 106 | | - | 106 | ✓ | Picture - Boy Bathing Himself |
| 106A | | - | 106A | ✓ | Picture - Boy bathing himself #2 |
| 107 | | - | 107 | ✓ | Folder Structure Screenshot |
| 108 | | - | 108 | ✓ | Picture - Ludin holding a watch |
| 109 | | - | 109 | ✓ | Picture - Otoniel (green t-shirt) |
| 110 | | - | 110 | ✓ | Picture - Otoniel (green t-shirt) |
| 111 | | - | 111 | ✓ | Picture - Otoniel (green t-shirt) |
| 112 | | - | 112 | ✓ | Folder Structure Screenshot |
| 113 | | - | 113 | ✓ | Picture - Kevin (laying on bed naked) |
| 114 | | - | 114 | ✓ | Picture - Kevin (laying on bed naked - close up) |
| 115 | | - | 115 | ✓ | Picture - Boy (gray t-shirt) |
| 116 | | - | 116 | ✓ | Picture - Otoniel (green t-shirt) |
| 117 | | - | 117 | ✓ | Picture - Otoniel and Boy (Otoniel reading book) |
| 118 | | - | 118 | ✓ | Picture - Otoniel (reading book) |
| 119 | | - | 119 | ✓ | Picture - Otoniel (outside International House) |
| 120 | | - | 120 | ✓ | Picture - Otoniel (at beach) |
| 121 | | - | 121 | ✓ | Picture - Otoniel (at beach close up) |
| 122 | | - | 122 | ✓ | Picture - Erick (purple and dark gray polo) |
| 123 | | - | 123 | ✓ | Picture - Maurizio |
| 124 | | - | 124 | ✓ | Picture - Maurizio (saying mass) |
| 125 | | - | 125 | ✓ | Picture - Maurizio (on stairs from above) |
| 126 | | - | 126 | ✓ | Picture - Ludin (white, red, and blue sleeveless shirt) |
| 127 | | - | 127 | ✓ | Picture - Ludin (red t-shirt) |
| 128 | | - | 128 | ✓ | Picture - Ludin (red t-shirt) |
| 129 | | - | 129 | ✓ | Picture - Ludin (red t-shirt) |

Page 5 of 12 Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 130 | | 9-11-15 | 130 | ✓ | Picture - Ludin (Coca Cola t-shirt) |
| 131 | | — | 131 | ✓ | Picture - Ludin (holding cake) |
| 132 | | — | 132 | ✓ | Picture - Ludin (holding cake #2) |
| 133 | | — | 133 | ✓ | Picture - Ludin (green Choctaw t-shirt) |
| 134 | | — | 134 | ✓ | Picture - Ludin (green Choctaw t-shirt sitting in chair) |
| 135 | | — | 135 | ✓ | Picture - Ludin (green Choctaw t-shirt sitting on bed) |
| 136 | | — | 136 | ✓ | Picture - Maurizio and Fredis |
| 137 | | — | 137 | ✓ | Picture - Fredis (yellow tank top) |
| 138 | | — | 138 | ✓ | Picture - Fredis (yellow tank top) |
| 139 | | — | 139 | ✓ | Folder Structure Screenshot |
| 140 | | — | 140 | ✓ | E-mail from Maurizio to Rob Hegemann - 3/16/2006 |
| 141 | | — | 141 | ✓ | Folder Structure Screenshot |
| 142 | | — | 142 | ✓ | E-mail from Maurizio to Boxler - 11/19/2008 |
| 143 | | — | 143 | ✓ | E-mail from Maurizio to Mealers and Tim Covington - 2/21/2009 |
| 144 | | — | 144 | ✓ | E-mail from Maurizio to George Mealer - 2/21/2009 |
| 145 | | — | 145 | ✓ | E-mail from Maurizio to Mealers and Boxler - 3/17/2009 |
| 146 | | — | 146 | ✓ | E-mail from Maurizio to George Mealer - 8/13/2009 |
| 147 | | — | 147 | ✓ | E-mail from Maurizio to George Mealer - 10/30/2009 |
| 148 | | — | 148 | ✓ | E-mail from Maurizio to Boxler - 10/30/2009 |
| 149 | | — | 149 | ✓ | E-mail from Maurizio to George Mealer - 10/30/2009 |
| 150 | | — | 150 | ✓ | Folder Structure Screenshot |
| 151 | | — | 151 | ✓ | Email from Maurizio to Boxler - 3/2/2006 |
| 152 | | — | 152 | ✓ | E-mail from Maurizio to Dan Alwine - 2/26/2007 |
| 153 | | — | 153 | ✓ | E-mail from Maurizio to Sonny Consiglio - 5/9/2007 |
| 154 | | — | 154 | ✓ | E-mail from Maurizio to ProNino personnel and Boxler - 5/11/2007 |
| 155 | | — | 155 | ✓ | E-mail from Maurizio to ProNino personnel - 8/7/2009 |
| 156 | | — | 156 | ✓ | E-mail from Continental Airlines to Maurizio - 3/2/2008 |

Page  6  of  12  Pages

United States of America vs. Joseph D. Maurizio, Jr.     CASE NO. CR 14-23J

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | | vs. | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 157 | | 9-11-15 | 157 | ✓ | E-mail from Continental Airlines to Maurizio - 3/13/2008 |
| 158 | | — | 158 | ✓ | E-mail from Continental Airlines to Maurizio - 2/25/2009 |
| 159 | | — | 159 | ✓ | E-mail from Continental Airlines to Maurizio - 3/12/2009 |
| | | | | | Molly Rock - Govt Witness on 9-10-2015 and 9-11-2015 |
| 160 | | 9-11-15 | 160 | ✓ | Picture - boys in sauna |
| 162 | | — | 162 | ✓ | Picture - La Montana chapel |
| | | | | | Luis Enrique - Govt Witness on 9-11-2015 |
| | | | | | Erick Joel Izaguirre-Lopez on 9-11-2015 |
| | | | | | Timothy Covington - Govt Witness on 9-11-2015 |
| 231 | | 9-14-15 | 231 | ✓ | Picture - Las Flores Dorm |
| 233 | | — | 233 | ✓ | Map - ProNino La Montana campus |
| 232 | | — | 232 | ✓ | Picture - Ford Ranger with red cooler in bed |
| | | | | | Shawn Sheridan - Govt Witness on 9-14-2015 |
| 187 | | — | 187 | ✓ | Folder Structure Screenshot |
| 188 | | — | 188 | ✓ | Picture - Kevin (laying on bed naked) |
| 189 | | — | 189 | ✓ | Picture - Kevin (laying on bed naked - close up) |
| 190 | | — | 190 | ✓ | Account privileges for Dell OptiPlex computer |
| 191 | | — | 191 | ✓ | Login times and password change times for users |
| 192 | | — | 192 | ✓ | EXIF Data for nude Kevin photos |
| 192A | | — | 192A | ✓ | EXIF Data with 7.8mm focal length |
| 192B | | — | 192B | ✓ | EXIF Data with 23.4mm focal length |
| 193 | | — | 193 | ✓ | Folder structure screenshot |
| 193A | | — | 193A | ✓ | Picture - Maurizio taking self photo |
| 193B | | — | 193B | ✓ | EXIF data for Maurizio taking self photo |
| 194 | | — | 194 | ✓ | Folder Structure Screenshot |
| 194A | | — | 194A | ✓ | Picture - Ludin without shirt on patio |
| 194B | | — | 194B | ✓ | Picture - Maurizio on patio (hands on hips) |

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Joseph D. Maurizio, Jr. | | CASE NO. CR 14-23J |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 194C | | 9-14-15 | 194C | ✓ | Picture - Maurizio on patio (hands on hips) |
| 194D | | - | 194D | ✓ | Picture - Maurizio on patio (hands at side) |
| 194E | | - | 194E | ✓ | EXIF Timeline |
| 195 | | - | 195 | ✓ | Folder Structure Screenshot |
| 196 | | - | 196 | ✓ | Picture - Continental Airlines plane - Gate E5B |
| 197 | | - | 197 | ✓ | Picture - Saudi Arabian cargo jet |
| 198 | | - | 198 | ✓ | Picture - Wider shot of Saudi Arabian cargo jet |
| 199 | | - | 199 | ✓ | Picture - Meal on plane tray table |
| 200 | | - | 200 | ✓ | Picture - Ground from the air 1 |
| 201 | | - | 201 | ✓ | Picture - Ground from the air 2 |
| 202 | | - | 202 | ✓ | Picture - Inflatable swimming pool at Las Flores |
| 203 | | - | 203 | ✓ | Picture - Ground Floor at Las Flores Building |
| 204 | | - | 204 | ✓ | Picture - Inflatable swimming pool at Las Flores |
| 205 | | - | 205 | ✓ | Picture - ProNino children on stairs |
| 206 | | - | 206 | ✓ | Picture - ProNino children in Las Flores dorm 1 |
| 207 | | - | 207 | ✓ | Picture - ProNino children in Las Flores dorm 2 |
| 208 | | - | 208 | ✓ | Picture - ProNino children in Las Flores dorm 3 |
| 209 | | - | 209 | ✓ | Picture - Las Flores classroom 1 |
| 210 | | - | 210 | ✓ | Picture - Las Flores classroom 2 |
| 211 | | - | 211 | ✓ | Picture - Computers |
| 212 | | - | 212 | ✓ | Pictures - Plant |
| 213 | | - | 213 | ✓ | Picture - ProNino children working the land |
| 214 | | - | 214 | ✓ | Picture - Older male with arm around ProNino child |
| 215 | | - | 215 | ✓ | Picture - Farmhands and ProNino children |
| 216 | | - | 216 | ✓ | Picture - Farmhands and ProNino children looking at plants 1 |
| 217 | | - | 217 | ✓ | Picture - Farmhands and ProNino children looking at plants 2 |
| 218 | | - | 218 | ✓ | Picture - Farmhands and ProNino children looking at plants 3 |

Page 8 of 12 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States of America | | vs. | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 219 | | 9-14-15 | 219 | ✓ | Picture- Plants at Las Flores |
| 220 | | — | 220 | ✓ | Picture- Plants growing at Las Flores 1 |
| 221 | | — | 221 | ✓ | Picture- Plants growing at Las Flores 2 |
| 222 | | — | 222 | ✓ | Picture- Luis and Erick in front of truck |
| 223 | | — | 223 | ✓ | Picture- Workers at pepper farm |
| 224 | | — | 224 | ✓ | Picture- Otoniel pulling polo shirt up |
| 225 | | — | 225 | ✓ | Picture- Luis, Martin, and Erick opening shipping container |
| 226 | | — | 226 | ✓ | Picture- Otoniel wearing polo shirt from afar 1 |
| 227 | | — | 227 | ✓ | Picture- Otoniel wearing polo shirt from afar 2 |
| 228 | | — | 228 | ✓ | Picture- Erick pulling shirt up |
| 229 | | — | 229 | ✓ | Picture- Martin pulling shirt up |
| 230 | | — | 230 | ✓ | EXIF timeline |
| 234 | | — | 234 | ✓ | Demonstration- Recycling Bin |
| — | | | | | Rob Connelly - Gov't Witness on 9-14-2015 |
| 165 | | — | 165 | ✓ | H.I.M Cash Account Registers, Bank Statements, Cancelled Checks (#343) |
| 165A | | — | 165A | ✓ | H.I.M Ameriserv Check # 343 |
| 166 | | — | 166 | ✓ | H.I.M. Ameriserv Account #4736 Statement, Check #111 |
| 166A | | — | 166A | ✓ | H.I.M. Ameriser Check #111 to ProNino USA |
| 167 | | — | 167 | ✓ | H.I.M. Ameriserv Account #4736 Statement, Check # 221 |
| 167A | | — | 167A | ✓ | H.I.M. Ameriserv Check # 221 to ProNino USA |
| 168 | | — | 168 | ✓ | H.I.M. Ameriserv Account #3050 Statement, Check # 334 |
| 168A | | — | 168A | ✓ | H.I.M. Ameriserv Check #334 to ProNino USA |
| 169 | | — | 169 | ✓ | H.I.M. Ameriserv Account #3050 Statement, Check #306 |
| 169A | | — | 169A | ✓ | H.I.M. Ameriserv Check #306 to ProNino USA |
| 170 | | — | 170 | ✓ | H.I.m. Ameriserv Account #3050 Statement, Check #312 |
| 170A | | — | 170A | ✓ | H.I.M. Ameriserv Check #312 to ProNino USA |
| 171 | | — | 171 | ✓ | H.I.m. Ameriserv Account #4736 Statement, Check #129 |

Page 9 of 12 Pages

≋ AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Joseph D. Maurizio, Jr. | | CASE NO. CR 14-23J |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 171A | | 9-14-15 | 171A | ✓ | H.I.M. Amerisery Check #129 |
| 172 | | — | 172 | ✓ | H.I.M Amerisery Account #4736 Statement, Check # 141 |
| 172A | | — | 172A | ✓ | H.I.M. Amerisery Check #141 |
| 173 | | — | 173 | ✓ | H.I.M. Amerisery Account #3650 Statement, Check # 368 |
| 173A | | — | 173A | ✓ | H.I.M. Amerisery Check #368 |
| 173B | | — | 173B | ✓ | H.I.M Amerisery Check #364 |
| 174 | | — | 174 | ✓ | H.I.M Amerisery Account #4736 Statement, Check #229 |
| 174A | | — | 174A | ✓ | H.I.M. Amerisery Check #229 |
| 182 | | — | 182 | ✓ | E-mail from Boxler to Maurizio on 4-16-2007 |
| 184 | | — | 184 | ✓ | E-mail from Mealer to Maurizio and Boxler on 5-4-2009 and E-mail from Maurizio to Boxler on 5-8-09 |
| | | | | | Rick Boxler - Gov't witness on 9-14-2015 |
| 176 | | — | 176 | ✓ | Summary of H.I.M. Checks Issued for Mission Advance Funds |
| 177 | | — | 177 | ✓ | Email from Maurizio to Boxler on 2-26-2005 |
| 178 | | — | 178 | ✓ | E-mail from Maurizio to Gillian Mealer on 2-24-2005 |
| 179 | | — | 179 | ✓ | E-mail from Maurizio to Sheridan, Boxler, and Gillian Mealer on 9-28-2015 |
| 180 | | — | 180 | ✓ | E-mail from Maurizio to Knapp's, Sheridan, Boxler, and Pro Nino on 1-10-2006 |
| 181 | | — | 181 | ✓ | E-mail from Maurizio to Alwine, Knapps, Sheridan, Boxler, and Gillian Mealer on 2-17-06 |
| 183 | | — | 183 | ✓ | E-mail from Maurizio to Kevin Cestra on 2-20-2009 |
| 185 | | — | 185 | ✓ | E-mail from Maurizio to Boxler on 5-8-2009 |
| 186 | ● | — | 186 | ✓ | Summary of card purchases - March 2004 - March 2008 |
| 186A | | — | 186A | ✓ | Chase Account #1134 Statement, 4-7-2004 |
| 186B | | — | 186B | ✓ | Chase Account, #1134 Statement, 7-8-2004 |
| 186C | | — | 186C | ✓ | Chase Account, #1134 Statement, 11-5-2004 |
| 186D | | — | 186D | ✓ | Chase Account, #1134 Statement, 3-9-2005 |
| 186E | | — | 186E | ✓ | Chase Account, #1134 Statement, 4-7-2005 |
| 186F | | — | 186F | ✓ | Chase Account, #1134 Statement, 6-8-2005 |
| 186G | | — | 186G | ✓ | Chase Account #0111 Statement, 3-8-2006 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | vs. | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 186H | | 9-14-2015 | 186H | ✓ | Chase Account #0111 Statement, 4-28-2008 |
| 186I | | — | 186I | ✓ | Chase Account #0111 Statement, 4-8-2006 |
| 186J | | — | 186J | ✓ | Chase Account #0111 Statement, 6-8-2006 |
| 186K | | — | 186K | ✓ | Chase Account #0111 Statement, 7-8-2006 |
| 186L | | — | 186L | ✓ | Chase Account #0111 Statement, 4-8-2007 |
| 186M | | — | 186M | ✓ | Chase Account #0111 Statement, 6-8-2007 |
| 186N | | — | 186N | ✓ | Chase Account #0111 Statement, 9-8-2007 |
| 186O | | — | 186O | ✓ | Chase Account #0111 Statement, 3-8-2008 |
| 186P | | — | 186P | ✓ | Capital One Account #7378, 11-20-2005 |
| 186Q | | — | 186Q | ✓ | Capital One Account, #7378, 3-20-2006 |
| 186R | | — | 186R | ✓ | Capital One Account, #7378, 6-20-2006 |
| 186S | | — | 186S | ✓ | Capital One Account, #7378, 3-20-2007 |
| 186T | | — | 186T | ✓ | Capital One Account, #7378, 5-21-2007 |
| 186U | | — | 186U | ✓ | Capital One Account, #7378, 6-26-2007 |
| 186V | | — | 186V | ✓ | Capital One Account, #7378, 8-27-2007 |
| | | | | | Kevin Petrulak - Govt Witness on 9-14-2015 |
| | | 9-15-15 | | | Marie Pollack - Govt Witness on 9-15-2015 |
| | | | | | Ludin - Govt Witness on 9-15-2015 |
| | | | | | Otoniel - Govt Witness on 9-15-2015 |
| | | | | | Fredis - Govt Witness on 9-15-2015 |
| 235 | | 9-15-15 | 235 | ✓ | Joint Stipulation of Facts - Maurizio is a US citizen |
| 236 | | — | 236 | ✓ | Joint Stipulation of Facts - Dates of Honduras Trips by Maurizio |
| 237 | | — | 237 | ✓ | Joint Stipulation of Facts - Birthdates of victims |
| 238 | | — | 238 | ✓ | Joint Stipulation of Facts - self-authenticating records for financial accounts |
| 163 | | 9-16-2015 | 163 | ✓ | Lead Forensic Interview Specialist Qualifications |
| | | | | | Alexandra Levi - Govt witness on 9-16-2015 |
| 164 | | 9-16-2015 | 164 | ✓ | Expert Witness Qualifications |

Page 11 of 12 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States of America | | vs. | Joseph D. Maurizio, Jr. | CASE NO. CR 14-23J |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| — | | 9-16-15 | — | — | Dr. Veronique Valliere - Govt Witness on 9-16-15 |
| — | | 9-17-15 | — | — | Juan Ramon David Anariba - Defense Witness on 9-17-15 |
| — | | | — | | Reyna Isabel Murica - Defense Witness on 9-17-15 |
| — | | | | | Lucas Sarabia - Defense Witness on 9-17-15 |
| — | | 9-18-15 | — | — | Christine Shaulis - Defense Witness on 9-18-15 |
| — | 1 | 9-18-15 | 1 | ✓ | Dr. Frank M. Dattilio CV |
| | | | | | Dr. Frank M. Dattilio - Defense Witness on 9-18-15 |
| — | | | | — | Dr. Johanna Venna - Defense witness on 9-18-15 |

Page  12  of  12  Pages